Eastern District of Kentucky
**F I L E D**

MAR 28 2024

AT LONDON
ROBERT R. CARR
CLERK U S DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:24-CR-014-CHB
18 U.S.C. § 1855

**APRIL K. COMBS,**
  aka APRIL BURNS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about November 4, 2023, in Owsley County, in the Eastern District of Kentucky,

**APRIL K. COMBS,**
aka APRIL BURNS,

willfully and without authority, set fire to timber, underbrush, and grass, on land owned by the United States, namely the Daniel Boone National Forest, all in violation of 18 U.S.C. § 1855.

A TRUE BILL

_____
[signature] /s/ for
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTY

Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.